**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**


| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket Number: 2:10CR00275-01 |
| ) | |
| **Navin NITH** ) | |
| ) | |


**LEGAL HISTORY:**

On September 3, 2008, Navin Nith pled guilty to violating 18 USC 371, 2, 1167(b), 1952, 2314, and 2315, Conspiracy to Commit Theft From an Indian Gaming Establishment; Interstate Travel or Transportation in Aid of Racketeering Activity; Transport, Sell, and Receive Stolen Goods; and Aiding and Abetting. On June 22, 2009, she was sentenced in the Southern District of California to Time Served to be followed by a term of supervised release for a period of 3 years, which commenced on June 22, 2009. Special conditions included: 1) Warrantless search; 2) Full disclosure to employer regarding criminal history if in gaming industry or with any fiduciary responsibility; 3) Provide complete disclosure of personal and business financial records to the probation officer as requested; 4) Prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer. Additionally, $29,350 restitution was ordered. The Eastern District of California accepted jurisdiction of this case on July 16, 2010.

RE:   Navin NITH
      Docket Number:  2:10CR00275-01
      RECOMMENDATION TERMINATING
      SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

**SUMMARY OF COMPLIANCE:**

Ms. Nith has complied with all mandatory, standard, and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Ms. Nith has derived maximum benefit from supervision and is not in need of continued supervision. Ms. Nith still owes restitution, however, she pays faithfully each month. The District Court for the Southern District of California was notified of Ms. Nith's inability to make $300 per month payments. On May 23, 2010, she was ordered to pay a minimum of $20/month. Ms. Nith has always made a payment greater than the minimum, and typically pays $65/month. The outstanding restitution balance is $27,965. Ms. Nith has been instructed to continue making monthly payments to the United States District Clerk's Office should she be terminated from supervision early, with monitoring and enforcement to be done by the United States Attorney's Office, Financial Litigation Unit.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Wendy E. Reyes
**WENDY E. REYES**
**United States Probation Officer**

Dated:    February 2, 2012
          Elk Grove, California
          WER/cj

**RE:** Navin NITH
    **Docket Number: 2:10CR00275-01**
    **RECOMMENDATION TERMINATING**
    <u>**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**</u>


**REVIEWED BY:**   /s/ Michael A. Sipe
                **MICHAEL A. SIPE**
                **Supervising United States Probation Officer**


cc:   AUSA, To be assigned (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35 - Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

| PROB 35 | **ORDER TERMINATING SUPERVISED RELEASE** |
| | **PRIOR TO EXPIRATION DATE** |

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:10CR00275-01** |
| ) | |
| **Navin NITH** ) | |
| ) | |

On June 22, 2009, the above-named was placed on Supervised Release for a period of 3 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Wendy E. Reyes
**WENDY E. REYES**
**United States Probation Officer**

Dated: February 2, 2012
Elk Grove, California
WER/cj

**REVIEWED BY:** /s/ Michael A. Sipe
**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

**RE:** **Navin NITH**
**Docket Number: 2:10CR00275-01**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

March 12, 2012
**Date**

UNITED STATES DISTRICT JUDGE

WER/cj

Attachment: Recommendation

cc: To be assigned, United States Attorney's Office
United States District Clerk's Office (SD/CA)
United States Attorney's Office Financial Litigation Unit (SD/CA)